# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

**Amended Complaint**

EARL CRAFT,

Inmate ID Number: D-RZ5059,

*(Write your full name and inmate ID number.)*

Provided to Suwannee
Correctional Institution on

**SEP 0 8 2025**  *EC*

for mailing, by *PV*

**v.**

**Case No.:** 1:25-cv-236-MW-MJF
*(To be filled in by the Clerk's Office)*

CENTURION OF FLORIDA, LLC,

PASCASIO LOPEZ-PADILLA, MD,

DR. E. PEREZ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

FILED USDC FLND PN
SEP 11 '25 AM 11:50

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: _EARL CRAFT_ ID Number: _RZ5059_

List all other names by which you have been known: _N/A_

Current Institution: _SUWANNEE CORRECTIONAL INSTITUTION_

Address: _5964 U.S. HIGHWAY 90, LIVE OAK, FL. 32060_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: _PASCASIO LOPEZ-PADILLA_

   Official Position: _MEDICAL DOCTOR_

   Employed at: _7000 HC KELLY ROAD_

   Mailing Address: _ORLANDO, FLORIDA 32831-2518_

   ☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: MSSCOTT

   Official Position: APRN

   Employed at: 7000 HC KELLY ROAD

   Mailing Address: ORLANDO, FLORIDA 32831-2518

   _____

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: DR. CRUZ

   Official Position: MEDICAL DOCTOR

   Employed at: COLUMBIA CORRECTIONAL INSTITUTION – ANNEX

   Mailing Address: 216 S.E. CORRECTIONS WAY

   LAKE CITY, FLORIDA 32025-2013

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

4. KELLIE SERRATO
   APRN
   FRANKLIN CORRECTIONAL INSTITUTION
   1760 HIGHWAY 67 NORTH
   CARRABELLE, FLORIDA 32322
SUED IN INDIVIDUAL CAPACITY

5. DOCTOR PEREZ
   MEDICAL DOCTOR
   MAYO CORRECTIONAL INSTITUTION - ANNEX
   8784 U.S HIGHWAY 27 WEST
   MAYO, FLORIDA 32066 - 3458
SUED IN INDIVIDUAL CAPACITY

6. C. KALANDER
   APRN
   MAYO CORRECTIONAL INSTITUTION - ANNEX
   8784 U.S. HIGHWAY 27 WEST
   MAYO, FLORIDA 32066 - 3458
SUED IN INDIVIDUAL CAPACITY

7. CENTURION OF FLORIDA, LLC
   MEDICAL COMPANY
   1447 PEACH STREET
   N.E. SUITE 500
   ATLANTA GEORGIA
SUED IN INDIVIDUAL CAPACITY

3½

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)        ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee              ☐ Civilly Committed Detainee

☑ Convicted State Prisoner       ☐ Convicted Federal Prisoner

☐ Immigration Detainee           ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

# STATEMENT OF FACTS

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

While Housed at Central Florida Reception Center Plaintiff Earl Craft Was Dealing with Some Serious Medical Issue Pertaining an Infection That was Growing under The Skin of Plaintiff Earl Craft Leg. Correctional Care Company and Doctor Pascasio Lopez-Padilla Violated Plaintiff Earl Craft Constitutional Right To Adequate Medical Care In Prison. Plaintiff Earl Craft Didn't Receive a Timely Healing To The Infection That Was Growing Inside of Plaintiff Earl Craft Which Cause Plaintiff To Have Numerous Visits with Dr Pascasio Lopez-Padilla For Examinations. Dr Pascasio Lopez-Padilla Made A Decision To Cut open Plaintiff Earl Craft Inffected Leg Which Caused Tissue Damage That Is In need Of Immediate Medical Care And He Fails To Take Reasonable Action To Summon Such Medical Care Plaintiff Earl Craft Continued Submiting Sick-Call Slips To medical To Obtain Such Care Dr Decision To Submit a "Routine" Request For Plaintiff Earl Craft To Receive Wound Care Each Day And Didn't Which Infer with

**Statement of Facts Continued** (*Page___of_____*)

DELIBERATE INDIFFERENCE From DR Pascasio Lopez-Padilla ACTIONS DR Pascasio Lopez-Padilla KNEW THE EXTENT OF PLAINTIFF Earl Craft Pain, KNEW THAT THE COURSE OF TREATMENT WAS LARGELY INEFFECTIVE, AND HE DECLINED TO DO ANYTHING MORE TO ATTEMPT TO IMPROVE PLAINTIFF Earl Craft SITUATION. DR Pascasio Lopez-Padilla KNEW PLAINTIFF Earl Craft INFECTION IN HIS Leg DID NOT HEAL FROM THE TREATMENT HE PERFORMED AND AFTER, REALIZING THAT FACT HE DID NOTHING other THEN WHAT HE ALREADY DID TO PLAINTIFF INFFECTION Leg, DR Pascasio Lopez-Padilla DECIDED NOT TO REFER PRISONER Earl CRAFT TO A SPECIALIST COMPLAINING ABOUT How much pain HE IS EXPERIENCING SINCE THE LAST VISIT with DR Pascasio Lopez-Padilla. DR Pascasio Lopez-Padilla. FAILURE TO PROPERLY TREAT PLAINTIFF INFECTED Leg RESULTED IN FURTHER SIGNIFICANT INJURY AND UNNECESSARY AND WANTON INFLICTION OF PAIN DR Pascasio Lopez-Padilla DELIBERATE INDIFFERENCE IGNORED PLAINTIFF Earl Craft Pain AND BECAUSE HE DID NOT PRESCRIBE NO PAIN MEDICATION NOR WAS HIS OVER ALL Treatment SUCCESSFUL IN HEALING.

## STATEMENT OF FACTS CONT.

PLAINTIFF Earl Craft Leg INFFECTION, PRISON DOCTOR ARE LIABLE FOR DELEBERATE INDIFFERENCE WHEN THEY KNOWINGLY FAIL TO RESPOND TO AN PRISONER REQUEST FOR HELP. THROUGHOUT 2024 AND ALREADY MOST 2025 PLAINTIFF EARL CRAFT WOAS NOT SEEN BY A SPECIALIST. HE WAS IN PAIN AND RELAYED HAS NEED TO BE SEEN BY AN DOCTOR TO HEAL HIS INFECTION ON HIS LEG BY NOT SEEING A MEDICAL TECHNICAL ASSISTANT, SUBMITTING MEDICAL SLIPS, SENDING LETTERS TO DR. Pascasio Lopez - Padilla BUT MOST OF ALL FILING GRIEVANCES ON PLAINTIFF LEG AND NEEDING Help TO HEAL. PLAINTIFF EARL CRAFT, WAS TRANSFERED TO Franklin CORRECTION INSTITUTION WITHOUT HIS INFECTED LEG BEEN HEALED AND HE STILL WAS IN NEED FOR "IMMEDIATE Medical Care" TO PLAINTIFF ONGOING SERIOUS MEDICAL CONDITION, FOR FOR FILING GRIEVANCES PLAINTIFF EORI CRAFT CONSTANT PAIN BECAUSE OF DELAYS INTENTIONALLY INTERFEREING WITH HIS MEDICAL TREATMENT, IT ALSO COULD BE SHOWN BY THE WAY IN WHICH DOCTOR Pascasio Lopez - Padilla PROVIDED MEDICAL CARE. AFTER NUMEROUS OF WOUNDCARE VISITS APRN KELLIE SERRATO ADVISED PLAINTIFF EARL CRAFT DON'T WORRY ABOUT IT, WE got IT ALL TOOKEN CARE OF PLAINTIFF EORI CRAFT HAD TO BE RUSH TO AN OUTSIDE Hospital TO EMERGENCY ROOM BECAUSE HE LOST ALL FEELING IN HIS LEG WHICH IS EVIDENCE OF SHOWING THE DELAYS WAS HARMFUL, IN HIS LEG DR. Chang MADE NOTES THAT PLAINTIFF EARL CRAFT INFFECTED LEG HEALING IS UNDERWAY. PLAINTIFF Earl Croft INFFECTED WENT UNchange FOR WEEKS AND HE SUFFERED CONSTANT PAIN WITH NO PRESCRIBED PAIN MEDICATION, IN March, April, May, June, July, August, September, CRAFT WROTE GRIEVANCES TO MEDICAL STAFF AND APRN KELLIE SERRATO BEEN IN PAIN BECAUSE OF HIS INFECTED LEG AND THE DELAYS OF MEDICAL TREATMENT, THE DELAYS CAUSED PLAINTIFF EARI CRAFT INFFECTED LEG TO CHANGE COLORS AND A FOUL ORDER ALSO PREVENT BLOOD FLOW MY INFFECTED LEG WHICH

STATEMENT OF FACTS CONT.

CAUSED ME TO LOSE FEELING IN IT AND I WOULD FALL
FROM TRYING TO WALK SHORT DISTANCE WHICH IS SO PAINFUL. IT AND
BEEN MONTHS AND MONTHS OF PLAINTIFF EARL CRAFT DEALING
WITH THIS INFECTION AND IT IS UNCLEAR WHAT TREATMENT
DR. PASCOSIO LOPEZ-PADILLA PROVIDED. DR. PASCOSIO LOPEZ-PADILLA
NEVER SENT A LETTER TO PLAINTIFF EARL CRAFT ABOUT HE
PLANNING TO DISCUSS HOW TO HEAL PLAINTIFF EARL CRAFT LEG.
AND THEN PLAINTIFF EARL CRAFT WAS TRANSFERRED TO
TAYLOR CORRECTION INSTITUTION, THEN THEY SEEN HOW BAD
THE WOUND WAS, THEN THEY TRANSFERRED THE PLAINTIFF
EARL CRAFT TO COLUMBIA CORRECTIONAL INSTITUTION. THEN
WHERE THE PLAINTIFF EARL CRAFT BECAME MORE INFECTED
INSIDE OF HIS LEG. WHERE DR. CRUZ DID NOT TREAT THE
WOUND TO A SERIOUS MEDICAL NEED AND THE WOUND BECAME
MORE AND MORE INFECTED, THEN EVER BEFORE. THEN
PLAINTIFF EARL CRAFT WAS RUSH TO THE OUTSIDE HOSPITAL
AND WAS ADMITTED TO THE HOSPITAL BECAUSE OF THE INFECTIONS
AND BACTERIAS THAT LIVES INSIDE OF PLAINTIFF EARL CRAFT LEG.
THEN PLAINTIFF EARL CRAFT WAS TRANSFER TO MAYO CORRECTIONAL
INSTITUTION ANNEX WHERE HE CONTINUED TO SUBMIT MEDICAL
SLIPS BECAUSE OF THE PAIN HE WAS EXPERIENCING AND DR. E. PEREZ
DELAYED TREATING PLAINTIFF EARL CRAFT INFECTED LEG
WHICH RESULTED IN FURTHER SIGNIFICANT INJURY AND
UNNECESSARY AND WANTON INFLICTION OF PAIN, PLAINTIFF
EARL CRAFT SUFFERED PAIN FROM SHORT AND LONG DISTANCE
WALKS AND STANDING NUMEROUS OF TIMES PLAINTIFF EARL CRAFT
BLOOD FLOW IN HIS INFECTED LEG MADE IT NUMB AND FOR DAYS
AND WEEKS PLAINTIFF EARL CRAFT COULDNT WALK, STAND, OR
SHOWER, AND AFTER REQUEST AN MEDICAL EMERGNCY THE PRISON
OFFICIALS SAID APRN C. KALANDEK WAS ON HER WAY TO THE
DORMITORY AND WHEN APRN C. KALANDEK ARRIVED SHE SAID MY
LEG JUST WENT TO SLEEP AND IN A FEW MINUTES I'LL BE WALKING
AGAIN. I TOLD APRN C. KALANDEK HOW I WAS FEELING. I SAID
IM IN PAIN AND THAT I DONT HAVE NO FEELING IN MY LEG ~

STATEMENT OF FACTS CONT.

APRN C. KALANDEK TOLD ME IF I DONT FEEL BETTER PUT IN A SICK CALL. AFTER THAT PLAINTIFF EARL CRAFT WROTE NUMEROUS GRIEVANCES COMPLAINING ABOUT PLAINTIFF EARL CRAFT HAVING PAIN IN PLAINTIFF EARL CRAFT INFECTED LEG. APRN C. KALANDEK DEPARTED FROM PLAINTIFF EARL CRAFT WITHOUT APRN C. KALANDEK PRESCRIBING PLAINTIFF EARL CRAFT WITH ANY PAIN MEDICATION. PLAINTIFF EARL CRAFT GRIEVANCES LEAD TO RETALIATION BECAUSE PLAINTIFF EARL CRAFT DIDNT RECEIVE WOUND CARE FOR WEEKS WHICH LEFT PLAINTIFF EARL CRAFT INFFECTED LEG GIVING OFF A FUL ORDER. PRISON OFFICIALS MUST PROVIDE PRISONER MEDICAL CARE DUE TO THE U.S. CONSTITUTION AND APRN C. KALANDEK VIOLATED PLAINTIFF EARL CRAFT RIGHTS BECAUSE APRN C. KALANDEK DIDNT PROVIDE THE PROPER MEDICAL CARE WHICH WOULD HAVE RESULTED IN PLAINTIFF EARL CRAFT INFFECTED LEG TO HEALING. IN WHICH ALL THESE VIOLATED MY EIGHT AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

THE DEFENDANTS VIOLATED MY EIGHTH AMENDMENT RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY BEING DELIBERATELY INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I AM SEEKING 35-MILLION DOLLARS IN ACTUAL AND PUNITIVE DAMAGES FROM EACH DEFENDANT AS I AM UNABLE TO WALK, RUN, GO TO WORK AND I SUFFER FROM SERIOUS NERVE DAMAGE AND PAIN ON A DAILY BASIS.

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.  PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

V. STATEMENT OF CLAIMS

1. DEFENDANT, Pascasio Lopez-Padilla violated MY EIGHT AMENDMENT Rights TO Cruel and unsual Punishment FOR delbeately INdiFFerent TO My SERIOUS Medical Needs DEFENDANT.

2. DEFENDANT Kellie SERRATO violated my EIGHT AMENDMENT Rights TO Cruel AND unsual PUNISHMENT FOR delbeately INdiFFerent TO my Serious Medical Needs, DEFENDANT

3. DEFENDANT C. KALANDEK violated My EIGHT AMENDMENT Rights TO Cruel and unsual PUNISHMENT FOR delbeately INdiFFerent TO my Serious medical Needs DEFENDANT

4. DEFENDANT E. PEREZ violated my EIGHT AMENDMENT Rights TO Cruel and UNSual Punishment FOR delbeately INdiFFerent TO my SERIOUS Medical Needs DEFENDANT

5. DEFENDANT Dr Cruz violated my EIght AMENDMENT Rights TO Cruel AND unsual Punishment FOR delbeately INdiFFerent TO my SERIOUS Medical Needs DEFENDANT

6. DEFENDANT Scott violated my EIGHT AMENDMENT Rights TO Cruel AND UNSual Punishment FOR delbeately INdiFFerent TO My SERIOUS Medical Needs DEFENDANT

7. DEFENDANT CENTURION violated my EIGHT AMENDMENT Rights TO Cruel AND UNSual Punishment FOR delbeately INdiFFerent TO my SERIOUS medical needs DEFENDANT

## VI. RELIEF REQUESTED

PLAINTIFF Earl Craft Declare THAT This Honorable Court Grant Him Compensatory Damage of $35 million Dollars against Defendants Named IN This Complant HEREIN who violated his EIGHT Amendment To Cruel AND UNSual Punishment, THE Prison doctors was deliberately Indifferent To My Serious medical Needs, PLaintEFF EarlCraft Pays THE Honorable Court Grant Him $35 million Dollars against defendants Names IN This Complaints DO TO NOT ABle TO Run, Jump, WALK, Sleep, OR Work on Any JoB Anymore, AND DO TO NErve Damage AND Pain All THE Time Falling Everytime I STAND More THE 5 minutes Straight. I Have To Seat DOWN Because IT'S hard TO WALK ON THese Legs with THESE opeN Big wounds. AND THey are very Painful Every Day All Day. Keep Falling Trying TO Shower. AND I Just want THE courts To UNDerSTAND I NEVER Come TO Prison with my Legs LiKe THIS.

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

□ YES    ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____Case #: _____

   Court: _____

   Reason: _____

2. Date:_____Case #: _____

   Court: _____

   Reason: _____

3. Date:_____Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

2. Case #:_____Parties: _____

    Court:_____Judge: _____ (

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

*(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in ***state or federal court*** either challenging your conviction or relating to the conditions of your confinement?.

☐ YES   ☑ NO

If "Yes," identify all lawsuits, petitions and appeals:

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

10

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

11

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

**(Attach additional pages as necessary to list all cases.)**

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there

   is any change to my mailing address and that my failure to do so may result

   in a dismissal of the action.

Date: _8/28/25_ Plaintiff's Signature: _____

Printed Name of Plaintiff: __EARL CRAFT DC# R25059__

Correctional Institution: __SUWANNEE CORRECTIONAL INSTITUTION__

Address: __5964 U.S. HIGHWAY 90, LIVE OAK, FL 32060__

_____

**I certify and declare, under penalty of perjury, that this complaint was**

**(*check one*) □ delivered to prison officials for mailing or □ deposited in**

**the prison's mail system for mailing on the____day of____,20_25_.**

Signature of Incarcerated Plaintiff: _____

Earl Craft
Suwannee Correctional Institution Annex
5964 US Highway 90
Live Oak, Florida 32060

SEP 1 1 2025

United States District Court
1 N. Palafox Street
Pensacola, Florida 32503

LEGAL MAIL ONLY

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
DEC 06 2024
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Craft Earl | R25059 | Columbia CI |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

24-6-38272

**Part A – Inmate Grievance**

DELIBERATE INDIFFERENCE        Log Injury-303/103/113(6)(6)
Formal / Medical H.S.A.

THIS IS NOT A SICK Call ISSUSE BUT A Well-Grievance
ISSUSE Dealing with my leg I HAVE A Serious INFECTION
IN my leg AND By medical neglecting me I might lose my leg
as IN Amputaion. IS no reason AFTER They Diccared
THE Seriousness with my leg THAT THEY DiDNT DO A Cluire
OR Biopsy TO DETermine and ASSESS TO SEE what I HAVE
And Should Shedule me TO SEE A wound specilist AT RMC
TO Come up with Something to Help my leg GET BETTER.
Now THE problem is with Both legs and is Becoming
MORE out OF HAND EveryDay, Dealing with NURSES who
DONT want TO Come TO DO THE woundcare Daily
as oder TO DO. I Ask Many Times TO Go out TO SEE
A wound Doctor who SPECIALIZES IN THAT kind oF
FEEld But STILL nothing. THE wound IS 8 inches long
AND 22 Centimeters long THIS IS How THEY Measure IT when
THEY LAST DID IT 3months ago. THE leg IS Changeing Colors EveryDay.
AND treatment I am not RECEIEING TO HELP GET IT Heal Just A
Regular woundcare THATS not Doing nothing to make IT BETTER. THIS
Comes TO Show you THAT THEY not and DONT want TO HELP.

**Remedy**
A FULL AND IN Depth INvestigation OF my Serious medical
Allegations AND TO Shedule me a APPT with A Specilist who knows wounds

| 11-27-24 | Earl Craft R25059 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____
#              Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 12/06/2024 Institutional Mailing Log #:_____
(Date)                                                                    (Received By)

7A
24-6-301-051

| **·DISTRIBUTION:** | **INSTITUTION/FACILITY** | **CENTRAL OFFICE** |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.



VII.

Medical

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAY 05 2025

Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Assistant Warden    ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Craft    Earl                           R25059
Last    First    Middle Initial         DC Number         Institution

**Part A – Inmate Grievance**    25-6-13502

~~Retaliation from staff~~ ... wounds are infected because of the smell and the wounds look like not these whenever the dressing is taking off the wounds. I have sent many grievances to the institution and up to the secretary office and want no one do nothing about this documented issue. And the Doctor M. Perez and APRN Kalandek is not taking this matter serious. But love to reply and say they doing the right thing and it's not improving to were is getting any better. My wounds are making my left foot and right leg change color's and smell like death. And the seriousness of these wounds really needs medical treatment from a specialist that really understands wounds. But I really need the treatment like asap before some infection gets into my blood or becomes gangrene to were I lose my legs. And I have adress this issue into grievances at less 50 to 60 different times and there is no one who cares about my health or what could happen to my leg's. I cant stand and walk long and the cane is not helping me as much. But here is alot of grievances that will show I have been writing to the institution about these wounds and nothing good is helping me get treatment to heal from these infections. No cultures or biopsy to determin whats going on within these wounds. I never came to prison like this at all I got these infections from Florida Department of Corrections and I need urgent care please. Before I lose body parts or my life due to piss poor effort to help a human who needs help.

5-14-2025                              Earl Craft  R25059
DATE                                   SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _____ / _____
                                                                        #         Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on:_____    Institutional Mailing Log #:_____    _____
                          (Date)                                                              (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
                INMATE (2 Copies)        INMATE
                INMATE'S FILE            INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                         CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

