PROVIDED TO
HAMILTON CI

OCT 03 2025
RECEIVED BY
FOR MAILING

UniTED STATES Magistrate Judge. Michael J. Frank          10-1-25

Good morning ~~████~~

My NAME IS EARL ANTHONY CRAFT JR #J25059

AND I HAVE BEEN GoING Through A Lot So much Here IN FloriDa DEPARTMENT OF CorRECTIONS. IT HAS BEEN A very PainFul MISSION TO GET THIS CaSe GoING. WHEN THE STAFF AND OTHER EMPloyees OF THE STATE KNOWS A Civil SuiT IS BEINg DID THEY make everything So HarD For us TO GET DID. I HAVE BEEN STABB ON Two DIFFERENT UNKNown REASONS. SO I BEEN IN ConFINEMENT UP under ProTECTION AND BEEN TRANSFI From INSTITUTION TO INSTITUTION AND. ClassIFICation IS THE ONES WHO GIVE THE 6 MoNTHS printout. LIKE AS OF ToDay I am 10-1-25 IN A MENTAL HealtH HolDING CEll ON Camera BECAuse my leg's HAS NO FeeliNg AND I CAN'T STAND. AND I HAVEN'T SEEN A DoCTOR yet THEY KEEP SaYing I'm Crazy. THE WOUNDS ON my leg's HAS A Foul SMell AND THEY WONT HELP ME Shower ORTREAT ME AS REquiRED. THEY REFUSE TO give ~~██~~ me anything TO DrinK with my MEAls. BECAUSE OF my Charges aND see THEY Trying TO Kill ME HURT ME IN ALL KINDS OF ways. AND Im Trying TO DO AS THE CoURTS Tells ME TO DO BUT RiCKy DiXon LET THESE OfFicERs STAFF OFFICIAL'S TREAT INmates LIKE TRASH AND unhuman LIKE. AND THIS IS THE HEAVEN TRuTH I'm Sorry IF I MISS THAT Slip BUT I HAVE REQUESTED IT OVER and OVER Again. I'm Trying my BEST TO DO RIGHT.

AND This Is what Classification Sent me.
Please Dont Dismiss my Case Please Im
Trying the Best I Could. And It DiDnt
even Come with Nothing From 9-08-25
Thats How Classification Do Here at This
Institution. Please Dont Dismiss my Case
Please.


Respectfully Submitted

Eol Curlt