IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**EARL CRAFT,**

    *Plaintiff,*

v.                                         Case No.: 1:25cv236-MW/MJF

**CENTURION OF FLORIDA LLC,**
et al.,

    *Defendants.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on December 11, 2025.**

                                                             s/Mark E. Walker       
                                                             **United States District Judge**